**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Deborah Melina,

Plaintiff,

vs.

**PROPOSED STIPULATION AND ORDER TO MODIFY SCHEDULING ORDER**

Brooklyn Park Budget Cars, Inc.,
and Morric's Imports, Inc.,
d/b/a Morrie's Automotive Group,

Defendant.

Court File No. 01-1695 PAM/JGL

---

The parties in the above-captioned matter, through their counsel, hereby stipulate and agree as follows regarding the scheduling order.

1. The current Scheduling Order, dated January 16, 2002, requires that all motions which seek to amend any pleading or to add any parties be filed and heard by June 1, 2002.

2. Plaintiff proposes that the June 1, 2002 motion to amend deadline in the Scheduling Order be extended to August 1, 2002, solely for the purpose of allowing Plaintiff to amend her complaint once the EEOC issues an amended Right to Sue letter in this matter, consistent with Plaintiff's request to the EEOC in this regard. Plaintiff does not seek to amend to bring additional claims beyond those in her Complaint.

3. Defendant does not oppose Plaintiff's request to extend the motion to amend deadline. By this proposed amendment, Defendant reserves and does not waive the right to oppose any particular motion to amend.

FILED 6-3-02
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD______
DEPUTY CLERK______

4. The Court's Scheduling Order of January 16, 2002 shall remain unchanged in all other aspects.

**AGREED:**

Dated: 5-30-02

NICHOLS KASTER & ANDERSON
Donald H. Nichols (#78918)
Steven Andrew Smith (#260836)
Paul J. Lukas (22084X)
Nichols Kaster & Anderson
4644 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: (612) 338-1919
ATTORNEYS FOR PLAINTIFF

Dated: 5/30/02

LITTLER MENDELSON, P.C.
Kathryn Mrkonich Wilson (#283605)
Chad W. Strathman (#270957)
Multifoods Tower – Suite 3110
33 South 6th Street
Minneapolis, Minnesota 55402
Telephone: 612.630.1000
Facsimile: 612.630.9626
ATTORNEYS FOR DEFENDANT

**IT IS SO ORDERED:**

Dated: May 31, 2002

JONATHAN LEBEDOFF
United States Magistrate Judge