AO450 (Rev. 5/85) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT

## District of Minnesota

Deborah Melina

V.

Brooklyn Park Budget Cars, Inc., and Morrie's Imports, Inc., d/b/a Morrie's Automotive Group

**JUDGMENT IN A CIVIL CASE**

Case Number: 01-1695 PAM/RLE

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:
Defendant motion for summary judgment is GRANTED.

December 11, 2002
Date

RICHARD D. SLETTEN, CLERK

Mary Kaye Conery

(By) Mary Kaye Conery, Deputy Clerk

Modified:11/20/02